# UNITED STATES DISTRICT COURT
## District of Kansas

**UNITED STATES OF AMERICA,**

       **Plaintiff,**

       **v.**

**KELLY L. GROUNDS,**

       **Defendant.**

**FILED UNDER SEAL**

**CASE NO. 6:20-cr-10007-EFM**

# INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT 1

**Sex Trafficking of a Minor**
**18 U.S.C. §1591(a)(1) and (b)(2)**

On or about September 21, 2019, and continuing through September 25, 2019, in the District of Kansas, the defendant,

**KELLY L. GROUNDS,**

knowingly recruited, enticed, harbored, transported, provided, obtained, advertised, and maintained a person under 18 years of age, Minor Victim 1 (born in 2002), knowing and in reckless disregard of the fact, and having had reasonable opportunity to observe, that Minor Victim 1 had not attained the age of 18 years and would be caused to engage in a commercial sex act, and did so in and affecting interstate and foreign commerce, in

violation of Title 18, United States Code, Sections 1591(a)(1) and (b)(2).

**A TRUE BILL.**

January 28, 2020  /s/ Foreperson
DATE  FOREPERSON OF THE GRAND JURY

/s/Stephen R. McAllister
STEPHEN R. McALLISTER
United States Attorney
District of Kansas
1200 Epic Center, 301 N. Main
Wichita, Kansas 67202
(316) 269-6481
Ks. S. Ct. No. 15845
Stephen.McAllister@usdoj.gov

> It is requested that trial be held in
> **WICHITA, Kansas**