**FILED**
U.S. District Court
District of Kansas

JAN 31 2020

Clerk, U.S. District Court
By _____ Deputy Clerk

# UNITED STATES DISTRICT COURT
for the
## District of Kansas

United States of America )
v. )
)  Case No.  6:20-cr-10007-EFM
KELLY L. GROUNDS, )
*Defendant* )

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* **KELLY L. GROUNDS**,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Sex Trafficking of a Minor. See attached indictment for additional charges.

Date: 01/29/2020

s/ M. McGivern
*Issuing officer's signature*

City and state: Wichita, Kansas

Timothy M. O'Brien, Clerk of Court
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 1/29/2020, and the person was arrested on *(date)* 1/30/2020 at *(city and state)* Wichita, KS. |
| Date: 1/31/2020 |
| B. McBryde for Ian Ensley |
| *Arresting officer's signature* |
| Ian D. Ensley Special Agent |
| *Printed name and title* |